UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.     ) | Docket No.:  3:08mj343/MD |
| ) | |
| JACK L. WILLIAMS    ) | |
| ) | |

ORDER FOR REMOVAL OF THE IGNITION INTERLOCK DEVICE AFTER SIX
MONTHS SUCCESSFUL COMPLIANCE WITH THIS CONDITION, ON JULY 7, 2009

On January 5, 2009, this Court sentenced Jack L. Williams for Driving Under the Influence of Alcoholic Beverages to serve one year probation with conditions. His conditions include a requirement that the Ignition Interlock Device (as specified in the original Judgment imposed on January 5, 2009) be placed on the offender's vehicle for a period of six months. Considering the Ignition Interlock Device was installed on the offender's vehicle on January 8, 2009, it is the Order of this Court that the Ignition Interlock Device be removed from the offender's vehicle on July 7, 2009, after six months successful compliance with this condition.

All other conditions, as originally ordered on January 5, 2009, shall remain in full force and effect.

DONE AND ORDERED in Pensacola, Florida this 15TH day of April 2009.

The Honorable Miles Davis
United States Magistrate Judge